No. 676. ROWOLDT v. PERFETTO, ACTING OFFICER IN CHARGE, IMMIGRATION AND NATURALIZATION SERVICE. C. A. 8th Cir. Certiorari granted. *David Rein* and *Joseph Forer* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney* and *Beatrice Rosenberg* for respondent.

No. 378, Misc. FIKES v. ALABAMA. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the Supreme Court of Alabama granted. *Peter A. Hall, Orzell Billingsley, Jr.* and *Jack Greenberg* for petitioner. *John Patterson,* Attorney General of Alabama, and *Robert Straub* and *Paul T. Gish, Jr.,* Assistant Attorneys General, for respondent.

No. 543. RUBENSTEIN v. UNITED STATES. C. A. 10th Cir. Certiorari denied. *Isaac Mellman* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Carl H. Imlay* for the United States.

No. 614. ZACHER v. UNITED STATES. C. A. 8th Cir. Certiorari denied. *Milton Yawitz* and *William J. Costello* for petitioner. *Solicitor General Sobeloff, Acting Assistant Attorney General Rice* and *Joseph M. Howard* for the United States.

No. 641. EVANS v. ST. LOUIS HOUSING AUTHORITY ET AL. C. A. 8th Cir. Certiorari denied. *Anne M. Evans,* pro se.

No. 647. STARR v. COMMISSIONER OF INTERNAL REVENUE. C. A. 7th Cir. Certiorari denied. *Jack H. Oppenheim* for petitioner. *Solicitor General Sobeloff,*